# Court of Appeals
# of the State of Georgia

ATLANTA, <u>December 04, 2025</u>

*The Court of Appeals hereby passes the following order:*

## A26A0828. THOMAS E. BIRDSONG v. THE STATE.

In 2015, a jury convicted Thomas E. Birdsong of armed robbery. We affirmed on direct appeal. See *Birdsong v. State*, 353 Ga. App. 316 (836 SE2d 232) (2019). In 2025, Birdsong returned to the trial court to file an extraordinary motion for new trial, and the trial court dismissed the motion on June 26, 2025. On August 12, 2025, Birdsong filed a direct appeal to the Supreme Court of Georgia, which transferred the case here. Case No. S26A0244 (Oct. 21, 2025). We, however, lack jurisdiction.

An appeal from an order dismissing an extraordinary motion for new trial must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (7), (b); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997); see also *Davis v. State*, 182 Ga. App. 736 (356 SE2d 762) (1987). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Additionally, even if a direct appeal were proper in this case, this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Birdsong's notice of appeal was filed 47 days after entry of the order he seeks to appeal.

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,___12/04/2025_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*